**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ | : | |
| RONALD STAFFIERI, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.  12-1612 |
| | : | |
| NORTHWESTERN HUMAN SERVICES, INC., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

<u>**O R D E R**</u>

   **AND NOW**, this   22nd  day of May, 2013, upon consideration of the Motion for

Summary Judgment (Doc. 18) filed by Defendant, Northwestern Human Services, Inc.

("Defendant"), the Response in Opposition filed by Plaintiff, Ronald Staffieri ("Plaintiff"), and

Defendant's Reply, it is hereby **ORDERED** that the Motion is **DENIED**.


                                        BY THE COURT:


                                         /s/ Robert F. Kelly_____
                                        ROBERT F. KELLY
                                        SENIOR JUDGE