IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD STAFFIERI, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-1612 |
| NORTHWESTERN HUMAN SERVICES, INC., | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 22nd day of May, 2013, upon consideration of the Motion for Summary Judgment (Doc. 18) filed by Defendant, Northwestern Human Services, Inc. ("Defendant"), the Response in Opposition filed by Plaintiff, Ronald Staffieri ("Plaintiff"), and Defendant's Reply, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE